**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01556-WYD-MEH

MALIBU MEDIA, LLC

    **Plaintiff**,

v.

PATRICIA CHAPMAN

    **Defendant**.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**

---

Defendant Patricia Chapman ("Ms. Chapman"), by and through her counsel, Erin M. Jensen of the law firm of Howard & Jensen LLC, hereby moves this Court (the "Motion"), pursuant D.C.Colo.LCivR 6.1, for a 30-day extension of time in which to file a responsive pleading to the Complaint filed in the above-captioned matter (the "Action") up to an including November 7, 2013, and in support thereof, states the following:

1. In accordance with D.C.Colo.LCivR 7.1A, the undersigned counsel has conferred with counsel for Plaintiff. Plaintiff does not oppose the relief requested by this Motion.

2. On September 17, 2013, Ms. Chapman was served with the Complaint and Summons in this Action. Accordingly, a responsive pleading by Ms. Chapman is due October 8, 2013.

3. There are two independent grounds for the 30-day extension requested by this Motion.

4. First, the undersigned counsel was recently retained by Ms. Chapman and requires additional time to prepare a proper responsive pleading.

5. Second, the parties' counsel have spoken and believe that 30-day extension would give the parties an opportunity to discuss the merits of Plaintiff's claims and potentially reach a settlement prior to Ms. Chapman having to file a responsive pleading.

6. No party will be prejudiced by the brief extension of time requested by this Motion.

7. Ms. Chapman has neither requested nor been granted any previous extensions.

WHEREFORE, Ms. Chapman respectfully requests a 30-day extension, up to and including November 7, 2013, in which to file a responsive pleading in this Action.

Dated:  October 8, 2013                HOWARD & JENSEN LLC

s/ Erin M. Jensen
Erin M. Jensen, Colo. Bar No. 39449
HOWARD & JENSEN LLC
30 E. Kiowa Street, Suite 104
Colorado Springs, CO  80903
Telephone: (719) 362-5560
FAX: (800) 584-9002
E-mail: ejensen@howardandjensen.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Jason Kotzker
>KOTZKER LAW GROUP
>9609 S. University Blvd. #632134
>Highlands Ranch, CO 80163
>jason@KLGIP.com
>
>*Attorney for Plaintiff*

>s/ Erin M. Jensen
>Erin M. Jensen, Colo. Bar No. 39449
>HOWARD & JENSEN LLC
>30 E. Kiowa Street, Suite 104
>Colorado Springs, CO  80903
>Telephone: (719) 362-5560
>FAX: (800) 584-9002
>E-mail: ejensen@howardandjensen.com
>
>*Attorney for Defendant*