IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 13-cv-01556-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

PATRICIA CHAPMAN,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice [filed November 21, 2013; docket #35]. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is **DISMISSED WITH PREJUDICE**, with each party to bear hers or its own fees and costs. The Clerk of the Court is directed to close this case, accordingly.

Dated and entered at Denver, Colorado this 22nd day of November, 2013.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge